IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL CARMIE ANTONELLI                                    PETITIONER

V.                    NO. 2:05CV00206 GH/JFF

LINDA SANDERS, Warden,                                      RESPONDENT
FCI - Forrest City

## ORDER

The Court finds that Linda Sanders is the only proper respondent in this case and directs the clerk to make the appropriate docket entry to so reflect. The clerk will serve a copy of the petition and this Order on the respondent and the United States Attorney by regular mail. The Court directs the respondent to file an answer, motion, or other response to the petition within twenty (20) days after service of this petition, exclusive of the day of service. **The answer, motion, or response must contain a narrative history of proceedings at the trial, appellate, and administrative levels.**

IT IS SO ORDERED this 22nd day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE